UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ACCESS NOW, INC., a Florida not-for-profit corporation

    Plaintiff,

V.                                      Case No: 2:11-CV-540-FtM-29SPC

FAWCETT MEMORIAL HOSPITAL, INC., CAMPUS MANAGEMENT CORP. and THE PORT CHARLOTTE MEDICAL PAVILLION OWNERS ASSOCIATION, INC.

    Defendants.

_____/

## ORDER

This matter comes before the Court on the Plaintiff, Access Now and the Defendant, the Port Charlotte Medical Pavillion Owners' Motion to Extend the Stay (Doc. #21) filed on March 21, 2012. The Parties move this Honorable Court for an order extending the present sixty (60) day stay for an additional thirty (30) days.

On February 15, 2012, the Parties filed their joint motion to stay the proceedings in this matter for a period of sixty (60) days. (Doc. # 19). On February 16, 2012, this Court issued an order granting the Parties motion. (Doc. # 20). On February 27, 2012, Plaintiff's expert and Defendant's expert conducted a joint site inspection of the Defendant's property for the purpose of creating a report that will serve as a basis for settlement negotiations.

1

The Counsels for Plaintiff and Defendant have consulted with their respective clients and all Parties agree to extend the present sixty (60) day stay. As grounds, the Parties state that the Plaintiff's expert needs another three (3) weeks to complete her report based upon the Plaintiff's inspection of the property. The Plaintiff's expert will be out of the State of Florida during that period of time. Therefore, the Parties move the Court to extend the Court's stay in this matter. Given that the extension is caused by the schedule of the non-party expert, the Court finds good cause to grant the requested extension.

While the instant stay is being granted, the Court notes that this is the second stay in this case. The initial sixty (60) day stay was granted based upon the Parities assurance that settlement negotiations would continue. This time the Parties state the stay must be extended to accommodate the Plaintiff's expert schedule. The Court is not inclined--without good cause--to grant a further stay.

Accordingly, it is now **ORDERED:**

The Plaintiff, Access Now and the Defendant, The Port Charlotte Medical Pavillion Owners' Motion to Extend the Stay (Doc. #21) is **GRANTED**. This case is hereby **STAYED** until **Wednesday, May 16, 2012.**

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd Day of March, 2012.

*SheriPolsterChappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record